RECEIVED
IN LAKE CHARLES, LA

MAY 26 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **WILNER GABRIEL** | : | **DOCKET NO. 2:09-cv-359**<br>**SECTION P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

### ORDER

Wilner Gabriel filed a *habeas corpus* petition in the above-captioned matter on March 4, 2009. Doc. 1. On May 22, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Gabriel was removed from the United States pursuant to an order of deportation on May 13, 2009. Doc. 9.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Gabriel shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 26th day of May, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE